# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**John A. Porter, III**

       Plaintiff(s)

vs.                      **CASE NUMBER: 5:22-cv-1067 (TJM/TWD)**

**Shaiquida B. Hayes**

       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Order and Report-Recommendation, Dkt. No. 4, is ACCEPTED and ADOPTED. ORDERED that Plaintiffs Complaint (Dkt. No. 1) is DISMISSED WITHOUT LEAVE TO AMEND pursuant to Fed. R. Civ. P. 12(h)(3), 28 U.S.C. § 1915(e)(2)(B)(ii), and Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000).

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 19th day of January, 2023.

DATED: January 19, 2023

_____
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk